

THE LAW OFFICE OF
NATHAN D. BORRIS, ESQ.
Nathan D. Borris, Esq. SBN 266090
1380 A Street
Hayward, CA 94541
(510) 581-7113
(888) 909-9595 Fax
nateborris@gmail.com

The following constitutes the order of the Court.
Signed: December 22, 2021

_____
**Charles Novack
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re:

DAVID ALAN BROOK & BECKY DENISE BROOK,

        Debtors

Case No.: 20-40746
Chapter 13

**ORDER ON STIPULATION REGARDING PAYMENT OF BALANCE OF ATTORNEY'S FEE DUE DEBTORS' COUNSEL**

    Pursuant to a Stipulation entered into by and between Nathan D. Borris, Esq., Debtors' prior counsel, and Matthew Spielberg, Debtors' current counsel, that all attorney's fees payable to counsel for the Debtors remaining to be distributed in this case by Martha G. Bronitsky, Chapter 13 Trustee, be distributed to Matthew Spielberg (Docket No. 37), it is hereby ordered that the balance of Debtors' attorney's fees payable by the Chapter 13 Trustee in this matter to Debtors' prior counsel, Nathan D. Borris, Esq. be instead paid to Debtors' current counsel, Matthew Spielberg.

**IT IS SO ORDERED.**

1

COURT SERVICE LIST